**Elbert LEMONS, Appellant, v. STATE of Texas, Appellee. (No. 13009.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

J. H. Baker, of San Saba, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Turner LONG, Appellant, v. STATE of Texas, Appellee. (No. 12863.)**

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

See, also, 20 S.W.(2d) 1113.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the petitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Turner LONG, Appellant, v. STATE of Texas, Appellee. (No. 12862.)**

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

See, also, 20 S.W.(2d) 1113.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession of intoxicating liquor for the purpose of sale; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Henry PETERS, Appellant, v. STATE of Texas, Appellee. (No. 12933.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

C. R. Newland, of Linden, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**R. C. PETTIETT, Appellant, v. STATE of Texas, Appellee. (No. 12791.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

C. C. McDonald, of Wichita Falls, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, robbery by assault; penalty, six years.

Appellant has filed an affidavit in proper form asking that his appeal be dismissed.

Granted and appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.